RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
OMEER JAVID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OMEER JAVID

    Defendant.
_____/

No. CR. 18-006-JST

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE DATE FOR STATUS CONFERENCE**

    Defendant Omeer Javid, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Nikhil Bhagat hereby stipulate and agree to, subject to Court's permission, to continue the initial appearance and status conference from Friday, February 9, 2018 at 9:30 a.m. to February 23, 2018 at 9:30.

    This continuance is at the request as Ms. Pollock who has an appearance in the EDCA on the same date and time before Judge Burrell in *United States vs. Buhbut*, CR. 17-00232(4)-GEB that cannot be rescheduled.

///

///

///

The parties agree that under 18 U.S.C. Section 3161(h)(7)(A)(B)(iv) time should be excluded because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of Justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Date: February 2, 2018

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Omeer Javid

Date: February 2, 2018

/s/
NIKHIL BHAGAT

The status conference in this case is continued to February 23, 2018 at 9:30 a.m. The Court finds that failing to exclude the time between February 9, 2018 and February 23, 2018 would deny counsel the reasonable time necessary for effective preparation, and would unreasonably deny the defendant continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 9, 2018, through and including February 23, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Having made these findings, it is hereby ORDERED that the time from February 9, 2018 through and including February 23, 2018, shall be excluded from computation under the Speedy Trial Act.

SO ORDERED:

February 6, 2018

IT IS SO ORDERED
Judge Jon S. Tigar

2