RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
OMEER JAVID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | No. CR. 18-006-JST |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR STATUS CONFERENCE** |
| OMEER JAVID | |
| Defendant. / | |

Defendant Omeer Javid, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Nikhil Bhagat hereby stipulate and agree, subject to Court's permission, to continue the status conference set for Friday, June 15, 2018, to Friday, August 17, 2018 at 9:30 a.m. for change of plea/trial setting.

This continuance is at the request as Ms. Pollock who was in trial before the Honorable Beth Freeman in *United States vs. Lin, CR. 15-00065-BLF* from May 4, 2018 until June 4, 2018. Because of her trial, she was unable to review the discovery and meet and confer with her client.

Accordingly, the parties agree that under 18 U.S.C. Section 3161(h)(7)(A)(B)(iv) time should be excluded because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Date: June 12, 2018

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Omeer Javid

Date: June 12, 2018

/s/
NIKHIL BHAGAT
Assistant United States Attorney

The status conference in this case is continued to August 17, 2018 at 9:30 a.m. The Court finds that failing to exclude the time between June 15, 2018 and August 17, 2018 would deny counsel the reasonable time necessary for effective preparation, and would unreasonably deny the defendant continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from June 15, 2018, through and including August 17, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Having made these findings, it is hereby ORDERED that the time from June 15, 2018 through and including August 17, 2018, shall be excluded from computation under the Speedy Trial Act.

SO ORDERED:

June  13 , 2018

IT IS SO ORDERED
Judge Jon S. Tigar