RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
OMEER JAVID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OMEER JAVID

    Defendant.
_____/

No. CR. 18-006-JST

**STIPULATION AND** ~~**PROPOSED**~~
**ORDER TO CONTINUE DATE**
**FOR STATUS CONFERENCE**

    Defendant Omeer Javid, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Nikhil Bhagat hereby stipulate and agree to, subject to Court's permission, to continue the status conference from Friday, August 17, 2018 to Friday, October 12, 2018 at 9:30 a.m. for change of plea or trial setting.

    This continuance is at the request as Ms. Pollock who needs additional time to review and consider the proposed plea agreement with her client.

    Accordingly, the parties agree that under 18 U.S.C. Section 3161(h)(7)(A)(B)(iv) time should be excluded because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Date: August 13, 2018                    /s/
                                         _____
                                         RANDY SUE POLLOCK
                                         Counsel for Defendant
                                         Omeer Javid

Date: August 13, 2018                    _____/s/_____
                                         NIKHIL BHAGAT
                                         Assistant United States Attorney

    The status conference in this case is continued to October 12, 2018 at 9:30 a.m. The Court finds that failing to exclude the time between August 17, 2018 and October 12, 2018 would deny counsel the reasonable time necessary for effective preparation, and would unreasonably deny the defendant continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

    The Court further finds that the ends of justice served by excluding the time from August 17, 2018 through and including October 12, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

    Having made these findings, it is hereby ORDERED that the time from August 17, 2018 through and including October 12, 2018, shall be excluded from computation under the Speedy Trial Act.

SO ORDERED:

August,__13__, 2018

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA